UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LEONARDO PERRERO, et al.,**

    **Plaintiff,**

v.                                                                               **Case No.:  6:16-cv-02144-ACC-TBS**

**WALT DISNEY PARKS**
**AND RESORTS U.S., INC.,**

    **Defendant.**
_____/

## DECLARATION OF KEITH BARRETT

1. My name is KEITH BARRETT

2. I am one of the Plaintiffs in the above captioned case.

3. I am over the age of 18 years and have first-hand knowledge of the information provided herein.

4. I am a Caucasian male.

5. I am an American citizen. I was born in Connecticut.

6. I began my employment with Defendant in June 2004. I held several different job titles during my tenure as Disney routinely changed the job titles of its employees. From 2007 to 2012, my job title was Senior IT Analyst. At the time of my termination, I was an Application Developer Specialist.

7. I worked in Parks & Resorts Technology (formerly known as the Global Business Technology Services Department ("GBTS")).

8. During my employment I was an exemplary employee, I met or exceeded expectations during performance reviews and received yearly raises. In addition I was the only non-manger that was ITIL Expert Certified.

1

9. In October 2014, after completing a successful project, I was invited to a mandatory meeting with approximately 10 to 15 of my co-workers. In that meeting we were told that our jobs were ending effective January 31, 2015 and that we would be replaced with a foreign-based workforce.

10. Also present in the meeting were two people that were introduced to us as "HR people" that would be available to answer our HR related questions. Although we were told that they were hear to assist with the transition, they did not know the answers to my questions and would not provide their contact information for follow up questions, citing that they were not allowed to provide us with that information.

11. Within days of being notified that our jobs were being outsourced, the replacements arrived to the office to be trained. They were of Indian national origin.

12. I asked to keep my position at the reduced rate of pay offered to my replacement but was denied.

13. I applied for every position for which I was qualified. I submitted about sixteen applications for various positions. I was only interviewed for one position, the one I was least qualified for, and ultimately not hired.

14. On several occasions, a position I applied for was removed from the job posting site because it had been offered to a candidate. The position would then be re-posted, however, the system would not allow current employees to re-apply.

15. Approximately two weeks before my final employment date of January 31, it became obvious to me that Defendant was not going to rehire me despite my qualifications. Since continued employment was not an option I was forced to select Defendant's "retirement" option and continue to work there as a contractor for a third

party. Thereafter, however, I learned that I was also blocked from contracting for Defendant.

16. On January 30, 2015 I reported to work and turned in my laptop. I ten when to the security office and turned in my employee badge.

17. Based on my observations, everyone in the Class was treated in an identical manner by Defendants. Everyone in the Class was an American citizen. Everyone in the Class received a notice in October 2014 that their employment was terminated effective January 30, 2015. Everyone in the class was replaced by a person of Indian national origin. Everyone in the class was made to train their replacement.

18. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated this ___ day of May, 2017.
5/31/2017

                                           DocuSigned by:
                                           Keith Barrett
                                           A2BA989C63844D8...
                                           KEITH BARRETT