UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LEONARDO PERRERO, et al.,**

    **Plaintiff,**

v.                                  Case No.:  6:16-cv-02144-ACC-TBS

**WALT DISNEY PARKS
AND RESORTS U.S., INC.,**

    **Defendant.**

_____/

## DECLARATION OF DAVID POWERS

1. My name is David Powers.

2. I am one of the Plaintiffs in the above-captioned case.

3. I am over the age of 18 years and have first-hand knowledge of the information provided herein.

4. I am a white Hispanic male.

5. I am an American citizen. I was born in Jacksonville, Florida.

6. I was a Principal Database Administrator for Defendant in Orlando, Florida. I began my employment with Defendant in October 20, 2008. I previously worked for Defendant from July 2002 until 2005.

7. I was an exemplary employee and routinely received annual raises and positive performance reviews.  I even received a bonus after Disney told me I was terminated as further indication of my performance.

8. In October 2014, my co-workers were brought into a meeting. In that meeting my co-workers were told that our jobs were ending and that we would be replaced with a foreign-based workforce from India.  Since I worked the night-shift, I was not present at this meeting.

1

9. That same day, I received a phone call from my Vice President, Rod Russell, and told that my position was being replaced with off-shore help from India, I would need to train them, and my last day of employment would be January 30, 2015. If I left before this date, I would forfeit my severance. Mr. Russell told me that I should be "used to this" since it happened to me at a previous employer.

10. The first week of November, the foreign workers arrived to be trained. Our replacements sat at our desks with us and we were required to train them.

11. I was forced to train my replacement (two different people), both of whom were of Indian national origin. In fact, I was offered a stay bonus contingent on training my replacements.

12. During the training period, Defendant sent an email copying all the employees it terminated and replaced with Indian nationals. The recipients were not blind copied. I counted approximately 300 emails under the recipient line. Defendant later publicly announced that it terminated two-hundred and fifty people.

13. We were never given the option to perform the jobs for the same rate of pay offered to the Indians.

14. We were never offered to keep our positions from the reduced rate of pay offered to our Indian national replacements.

15. I applied for 8 jobs with Defendant. Out of the 8 jobs, 2 progressed past the first stage but as soon as the hiring manager discovered I was among those terminated and replaced with a worker of Indian national origin, I was removed from further consideration for the positions. I later discovered that I was on a "do not hire" list.

16. On January 30, 2015 I reported to work and turned in my badge and laptop.

17. Based on my observations, everyone in the Class was treated in an identical manner by Defendants. Everyone in the Class was an American citizen. Everyone in the Class received a notice in October 2014 that their employment was terminated effective January 30, 2015 and told they would be replaced with a foreign worker. Everyone in the class was replaced by an Indian-national.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this ___ day of March, 2017.
5/31/2017

DocuSigned by:

EF2396E1A8E04E0...
DAVID POWERS