UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEONARDO PERRERO, et al.,

    Plaintiff,

v.                                        Case No.:  6:16-cv-02144-ACC-TBS

WALT DISNEY PARKS
AND RESORTS U.S., INC.,

    Defendant.
_____/

## DECLARATION OF KEVIN HAERTLING

1. My name is KEVIN HAERTLING.

2. I am one of the Plaintiffs in the above captioned case.

3. I am over the age of 18 years and have first-hand knowledge of the information provided herein.

4. I am a Caucasian male

5. I am an American citizen. I was born in Sparta, Illinois.

6. I began my employment with Defendant in July 1986. At the time of my termination my position as IT Security Compliance Analyst

7. During my employment I was an exemplary employee, I routinely received positive annual reviews and performance based raises.

8. In October 2014, I was brought into a meeting in the conference room with my co-workers. The Vice President and Director announced that our jobs were being outsourced to India and that our jobs were ending effective January 31, 2015. We were told that the individuals that were taking over our jobs would be shadowing us for three

weeks, we were to cooperate with training them, and answer all of their questions. I was offered a severance that was contingent on my cooperation with training my replacement.

9. In November, the Indian nationals arrived to the office to begin training to learn all aspects of our jobs.

10. I was told that I was eligible to be rehired and I applied for every position for which I was qualified. I submitted various applications but I was not interviewed for a single position.

11. On January 30, 2015 I reported to work and turned in my badge and laptop.

12. Based on my observations, everyone in the Class was treated in an identical manner by Defendants. Everyone in the Class was an American citizen. Everyone in the Class received a notice in October 2014 that their employment was terminated effective January 30, 2015. Everyone in the class was replaced by a person of Indian national origin. Everyone in the class was made to train their replacement.

13. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated this ____ day of May, 2017.
6/1/2017

DocuSigned by:

Kevin Haertling
E9A7BC13FF59414...
KEVIN HAERTLING