# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LEONARDO PERRERO, et al.,**

    **Plaintiff,**

v.                                          **Case No.: 6:16-cv-02144-ACC-TBS**

**WALT DISNEY PARKS
AND RESORTS U.S., INC.,**

    **Defendant.**

_____/

## DECLARATION OF LESLIE CEREP

1. My name is LESLIE CEREP.

2. I am one of the Plaintiffs in the above captioned case.

3. I am over the age of 18 years and have first-hand knowledge of the information provided herein.

4. I am a Caucasian female.

5. I am an American citizen. I was born in Waterloo, New York.

6. I originally began my employment with Disney in 2001. I returned to my employment with Disney in 2003 and worked there up until my termination in January 2015. I held several different job titles during my tenure with Disney. At the time of my termination I was a Data Warehouse Anaylyst/Businsess Analyst.

7. During my employment I was an exemplary employee, I met or exceeded expectations during performance reviews and received regular performance-based increases.

8. In October 2014, I was brought into a meeting with my co-workers where we were told that our jobs were ending effective January 31, 2015 and that we would be

1

replaced with a foreign-based workforce. I was offered a severance that was contingent on staying to end date of January.

9. After the initial meeting, my manager informed us that we would be training our replacements to perform our jobs.

10. I trained my replacement over the phone beginning in December 2014. My replacement was an Indian national.

11. I was told by the VP and my manager there were other jobs that I could apply to and that I would still have a job, however, in December 2014 I was told that I did not have a job and would need to apply for other positions in order to continue my employment with Disney.

12. I was never offered to keep my current position at the reduced rate of pay offered to my replacement.

13. In December 2014 submitted approximately twenty applications for various positions, some of which I was overqualified to do. I was interviewed for two IT positions but ultimately was not hired for any of the positions I applied for.

14. On January 30, 2015 I reported to work and turned in my laptop and my badge.

15. Based on my observations, everyone in the Class was treated in an identical manner by Defendants. Everyone in the Class was an American citizen. Everyone in the Class received a notice in October 2014 that their employment was terminated effective January 30, 2015. Everyone in the class was replaced by a person of Indian national origin. Everyone in the class was made to train their replacement.

16. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated this ___ day of May, 2017.

*Leslie Cerep*
LESLIE CEREP