# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LEONARDO PERRERO, et al.**

**Plaintiffs,**

**v.** **Case No: 6:16-cv-2144-Orl-41TBS**

**WALT DISNEY PARKS AND RESORTS U.S. INC.,**

**Defendant.**

| | | | |
|---|---|---|---|
| **UNITED STATES MAGISTRATE JUDGE:** | Thomas B. Smith | **COUNSEL FOR PLAINTIFF:** | Brandon J. Hill |
| **DEPUTY CLERK:** | T. LeGros | | |
| **RECORDING:** | Digital | **COUNSEL FOR DEFENDANT:** | Alan Schoenfeld<br>Mary Ruth Houston |
| **DATE/TIME:**<br><br>**TOTAL TIME:** | June 2, 2017<br>1:56 P.M.- 3:12 P.M.<br>1:16 | | |

## CLERK'S MINUTES
## MOTION TO CERTIFY CLASS (Doc. 27)

Case called, appearances made, procedural setting by the Court.
Plaintiff counsel presents motion; Defense responds; Plaintiff rebuttal.
Court takes matter under advisement; Order to enter.

Court adjourned.